# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:15-CR-00170 LJO |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SIDNEY ALLEN, and DONNELL MAYS, | |
| Defendants. | |

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Sidney Allen and Donnell Mays without prejudice.

IT IS SO ORDERED.

Dated: **August 25, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

1